Robert E. Bosso, Esq. (CA Bar No. 036641)
rbosso@bossowilliams.com
BOSSO WILLIAMS, A PROFESSIONAL CORPORATION
P.O. Box 1822
Santa Cruz, CA 95061-1822
Telephone: (831) 426-8484
Facsimile: (831) 423-2839
*Attorneys for Superior Foods, Inc.,
David E. Moore, Monroe Howser, and Lewis M. Lettunich*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| PATTERSON VEGETABLE COMPANY, LLC<br><br>Plaintiff,<br><br>vs.<br><br>SUPERIOR FOODS, INC. *et al.*<br><br>Defendants. | Case No. 5:12-CV-05286-LHK<br><br>**STIPULATION FOR DEPOSIT OF FUNDS INTO THE REGISTRY OF THE COURT, TO WITHDRAW PLAINTIFF'S MOTION FOR ISSUANCE OF PRELIMINARY INJUNCTION, AND DISMISSAL OF CERTAIN DEFENDANTS**<br><br>CHAMBERS COPY |

**COME NOW**, Plaintiff Patterson Vegetable Company, LLC ("Patterson") and Defendants Superior Foods, Inc. ("Superior"), David E. Moore, Monroe Howser, and Lewis M. Lettunich, and stipulate and agree, as follows.

1. On October 12, 2012, Patterson filed this action against Defendants Superior, David E. Moore, Monroe Howser, and Lewis M. Lettunich alleging violation of the trust provisions of the Perishable Agricultural Commodities Act ("PACA"), 7 U.S.C. § 499e(c)(5), among other claims, for alleged non-payment of produce valued at $106,692.84. *See* Complaint [Doc. 1].

2. On November 2, 2012, Patterson moved for issuance of an *ex parte* Temporary Restraining Order ("Motion for TRO") and for issuance of a Preliminary Injunction ("Motion for PI"), and for consolidation of the hearing on the Motion for Preliminary Injunction with a

hearing on the merits. [Docs. 8-17]. The Court denied the *ex parte* Motion for Temporary Restraining Order and the request for consolidation of the hearing on preliminary injunction with a trial on the merits on November 6, 2012. Order Denying Ex Parte Temporary Restraining Order, p. 6. [Doc. 20].

3. To resolve the Motion for PI, Superior will voluntarily deposit $115,000.00(the "Registry Funds") into the registry of the Court to demonstrate that there is no danger of dissipation of alleged trust assets and that injunctive relief is not warranted. This deposit is made in lieu of a bond; in the event a final judgment is entered in favor of Patterson and against Superior, these funds shall be paid over to Patterson to the extent of the judgment amount awarded, subject to Superior's right to appeal entry of final judgment and deposit additional funds or post a bond, if appropriate. Superior does not admit liability and reserves any and all counterclaims, setoffs, and defenses.

4. Patterson and Superior agree that the Registry Funds should be held by the Clerk in the Registry of the Court pending further Orders of this Court.

5. Patterson shall dismiss Defendants David E. Moore, Monroe Howser, and Lewis M. Lettunich from this action without prejudice, each party to bear its own costs at this time. Patterson reserves the right to re-name said individuals as parties hereto and/or to seek recovery against them as provided under PACA including, without limitation, recovery of fees and costs in the event that there is a judgment in favor of Patterson in excess of the deposited amount and Superior fails to pay the judgment in full.

6. Patterson hereby withdraws its Motion for PI and requests that the motion be removed from the Court's calendar and the hearing set for December 13, 2012 at 1:30 p.m. be vacated.

//
//
//
//

| | | |
|---|---|---|
| 1 | **IT IS HEREBY STIPULATED AND AGREED:** | |
| 2 | Dated: November 20, 2012. | |
| 3 | GILMORE, WOOD, VINNARD& MAGNESS | BOSSO WILLIAMS, A PROFESSIONAL LAW CORPORATION |
| 4 | | |
| 5 | By:/s/ David M. Gilmore<br>David M. Gilmore, Esq. | By:/s/ Robert E. Bosso<br>Robert E. Bosso, Esq. (CA Bar No. 036641) |
| 6 | (CA Bar No. 105429)<br>Marcus D. Magness, Esq. | P.O. Box 1822<br>Santa Cruz, CA 95061-1822 |
| 7 | P.O. Box 28907<br>Fresno, California 93729-8907 | Telephone: (831) 426-8484<br>Facsimile: (831) 423-2839 |
| 8 | Telephone: (559) 448-9800<br>Facsimile (559) 448-9899 | rbosso@bossowilliams.com<br>*Attorneys for Superior Foods, Inc.,* |
| 9 | dgilmore@gwvm.com<br>mmagness@gwvm.com | *David E. Moore, Monroe Howser, and Lewis M. Lettunich* |
| 10 | *Attorneys for Plaintiff Patterson Vegetable Company, LLC* | |

STIPULATION FOR DEPOSIT OF FUNDS INTO THE REGISTRY OF THE COURT, TO WITHDRAW PLAINTIFF'S MOTION FOR ISSUANCE OF PRELIMINARY INJUNCTION, AND FOR DISMISSAL OF CERTAIN DEFENDANTS

-3-

| | |
|---|---|
| 1 | Robert E. Bosso, Esq. (CA Bar No. 036641) |
| | rbosso@bossowilliams.com |
| 2 | BOSSO WILLIAMS, A PROFESSIONAL |
| | CORPORATION |
| 3 | P.O. Box 1822 |
| 4 | Santa Cruz, CA 95061-1822 |
| | Telephone: (831) 426-8484 |
| 5 | Facsimile: (202) 364-2731 |
| | *Attorneys for Superior Foods, Inc.,* |
| 6 | *David E. Moore, Monroe Howser, and Lewis M. Lettunich* |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PATTERSON VEGETABLE COMPANY, LLC | Case No. 5:12-CV-05286-LHK |
| Plaintiff, | **ORDER APPROVING STIPULATION FOR DEPOSIT OF FUNDS INTO THE REGISTRY OF THE COURT, TO WITHDRAW PLAINTIFF'S MOTION FOR ISSUANCE OF PRELIMINARY INJUNCTION, AND DISMISSAL OF CERTAIN DEFENDANTS** |
| vs. | |
| SUPERIOR FOODS, INC. *et al.* | |
| Defendants. | |

**UPON CONSIDERATION**, of the Stipulation for Deposit of Funds into the Registry of the Court, to Withdraw Plaintiff's Motion for Issuance of Preliminary Injunction, and for Dismissal of Certain Defendants filed by Plaintiff Patterson Vegetable Company, LLC ("Patterson") and Defendant Superior Foods, Inc. ("Superior"), it is hereby

**ORDERED** that the Stipulation for Deposit of Funds into the Registry of the Court, to Withdraw Plaintiff's Motion for Issuance of Preliminary Injunction, and for Dismissal of Certain Defendants is hereby approved in its entirety; and it is further

**ORDERED** that Defendant Superior Foods, Inc. is authorized to transfer and pay over to the Clerk of the U.S. District Court for the Northern District of California, San Jose Division, the

sum of $115,000.00 to be held by the Clerk in the Registry of the Court pending further orders of this Court; and it is further

**ORDERED** that Defendants David E. Moore, Monroe Howser, and Lewis M. Lettunich are dismissed from this action without prejudice, each party to bear its own costs at this time; and it is further

**ORDERED** that the Motion for Issuance of Preliminary Injunction [Doc. 9] filed by Patterson is withdrawn and the hearing set for December 13, 2012 at 1:30 p.m. is vacated.

**IT IS SO ORDERED.**

Dated: November 21, 2012

_____
LUCY H. KOH
United States District Judge