UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Patterson Vegetable Company, LLC )
) Case No: 12-05286-LHK
          Plaintiff(s), )
) **APPLICATION FOR**
     v. ) **ADMISSION OF ATTORNEY**
) **PRO HAC VICE**
Superior Foods, Inc. ) (CIVIL LOCAL RULE 11-3)
)
          Defendant(s). )
)

I, Kate Ellis, an active member in good standing of the bar of District Ct., Dist. of MD, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Superior Foods, Inc. in the above-entitled action. My local co-counsel in this case is Robert E. Bosso, Esq., an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| McCarron & Diess, 4530 Wisconsin Ave., NW, Suite 301, Washington, D.C. 20016 | Bosso Williams, P.C., P.O. Box 1822, Santa Cruz, CA 95061-1822 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (202) 364-0400 | (831) 426-8484 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| kellis@mccarronlaw.com | rbosso@bossowilliams.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 16373.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 11/26/12

Kate Ellis
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Kate Ellis is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: November 27, 2012

*Lucy H. Koh*
Lucy H. Koh
United States District Judge

PRO HAC VICE APPLICATION & ORDER                                                            *October 2012*