UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PATTERSON VEGETABLE COMPANY, LLC,)<br>)<br>Plaintiff,           )<br>)<br>v.                                                    )<br>)<br>SUPERIOR FOODS, INC., et. al.,         )<br>)<br>Defendant.        )<br>_____) | Case No.: 5:12-CV-05286-LHK<br><br>ORDER DISMISSING CASE |

On April 26, 2013, the parties filed a stipulation in which the parties state that they have entered into a Settlement Agreement, and stipulate to the following:

1. That the sum of $115,000.00 on deposit in the Court's registry, plus any interest accrued thereon, be disbursed to Defendant and Counter-Plaintiff Superior Foods, Inc. with the check made payable to "Superior Foods, Inc." and delivered to its counsel: McCarron & Diess, Attn: Kate Ellis, Esq., 4530 Wisconsin Ave., NW, Suite 301, Washington, DC 20016; and

2. Pursuant to Fed. R. Civ. P. 4l(a)(l)(A)(ii), that this case be dismissed with prejudice.

ECF No. 46.

The parties' stipulation is GRANTED. The case is dismissed with prejudice and the sum of $115,000.00 on deposit in the Court's registry, plus any interest accrued thereon, shall be disbursed to Superior Foods, Inc. with the check made payable to "Superior Foods, Inc." and delivered to its

1

Case No.: 5:12-CV-05286-LHK
ORDER DISMISSING CASE

1  counsel: McCarron & Diess, Attn: Kate Ellis, Esq., 4530 Wisconsin Ave., NW, Suite 301,

2  Washington, DC 20016.  The Clerk shall close the file.

3  **IT IS SO ORDERED.**

4  Dated: April 29, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge